November 30, 1972.

M. P. No. 1302. HOWARD WARREN TATE *v.* FRANCIS A. HOW-ARD, *Warden et al.* Motion of state to reargue denied. *Amedeo C. Merolla,* for plaintiff. *Richard J. Israel,* Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for defendant.

M. P. No. 1815. *In re* JOHN F. SHEEHAN. Purusant to the opinion of the court, the Investigating Committee conducted and completed an investigation into charges of unprofessional conduct allegedly engaged in by said John F. Sheehan and has filed with the Clerk a report of its findings and recommendations as to the disposition to be made of the complaint. The Investigating Committee included in its recommendations the following:

> "The Investigating Committee unanimously recommends that the complaint be dismissed and respectfully suggests that the Supreme Court give adequate publicity to the decision, in order to clear any possible stigma which might have attached to Mr. Sheehan's professional reputation."

It is, therefore, ordered that the Clerk make the report of the Investigating Committee, its findings and recommendations, and the records of their doings therein public. *James E. Murphy,* for John F. Sheehan. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General.

M. P. No. 1832. RAYMOND M. BORDES *v.* FRANCIS A. HOWARD, *Warden.* Petition for writ of habeas corpus denied. *William F. Reilly,* Public Defender, *Joseph M. Hall,* Asst. Public Defender, for petitioner. *Richard J. Israel,* Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for respondent.

M. P. No. 1934. LINDA PETRARCA *v.* TAX ADMINISTRATOR. Petition for writ of certiorari denied. *Samuel A. Olevson,* for petitioner. *Richard J. Israel,* Attorney General, *W. Slater Allen,*

*Jr.*, Asst. Attorney General, *Perry Shatkin*, Chief Legal Officer (Taxation), for respondent.

M. P. No. 1940. NICHOLAS A. PALMIGIANO *v.* FRANCIS A. HOWARD, *Warden.* Petition for writ of habeas corpus to admit petitioner to bail is denied. Pending appeals of petitioner assigned to calendar of February 1973 for hearing on the merits. *Nicholas A. Palmigiano,* petitioner, pro se. *Richard J. Israel,* Attorney General, for respondent.

M. P. No. 1949. *In re* PETITION OF DONALD EDWARD CHURCH. Petition for review of action of Board of Bar Examiners denying request for admission to the Bar on motion as set forth therein is assigned to calendar for February 1973 for oral argument. *Donald Edward Church,* petitioner, pro se.

Ex. No. 1663. STATE *v.* DONALD A. DREW, JR. Motion of defendant to assign for argument denied. *Richard J. Israel,* Attorney General, *Alexander G. Teitz,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

APPEAL No. 1627. ALBION RAYMOND *v.* B. I. F. INDUSTRIES, INC. Motion of respondent granted and instant case consolidated for hearing with case of *B. I. F. Industries, Inc.* v. *Raymond,* No. 1810-A. *Abedon, Michaelson, Stanzler & Biener, Richard A. Skolnik,* for petitioner. *Jordan, Hanson & Curran, E. Howland Bowen,* for respondent.

APPEAL No. 1702. RUTH COOLBETH *v.* ARAM K. BERBERIAN. Motion of appellant for an extension of time to December 6, 1972 in which to file his brief granted. Motion of appellee to dismiss the appeal is granted unless appellant files his brief before December 6, 1972. *John M. Roney,* Rhode Island Legal Services, Inc., for plaintiff-appellee. *Aram K. Berberian,* defendant-appellant, pro se.

APPEAL No. 1771. GEORGE F. GILLIGAN *et al.* *v.* HUGO P. MARSOCCI *et al.* Motion of appellees to dismiss appeal is granted unless brief of appellants is filed on or before January 2, 1973.